SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME LOPEZ PAEZ, ) | No. C 07-5240 MJJ |
|             Plaintiff, ) | |
| v.  ) | OPPOSITION TO PRO HAC VICE ADMISSION |
| MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; EMILIO ) GONZALEZ, USCIS Director; DAVID ) STILL, District Director, DHS, ) | |
|             Defendants. ) | |

      Defendants hereby oppose the application by Plaintiff's counsel, Jeffrey Griffiths, for pro hac vice admission. The application appears to be in violation of Civ. L.R. 11-3(b), which disqualifies applicants who reside in the State of California or who are regularly engaged in the practice of law in the State of California. Plaintiff's counsel appears to meet both disqualification factors. Moreover, he has apparently appeared before the Northern District of California on at least seven other cases. See Abouraya v. Chertoff, No. 07-0561 JCS; Abdi v. Chertoff, No. 07-0562-EDL; Sultanzai v. Chertoff, No. 07-2289 JL; Maghsoodlou v. Chertoff, 07-0237 EMC; Afsari v.

---

[1] Defendants appear specially for the purpose of opposing Plaintiff's counsel's application for pro hac vice admission. Defendants reserve the right to assert all appropriate defenses in any responsive pleading.

OPPOSITION
No. C 07-5240 MJJ

1  Chertoff, No. 07-3028 MEJ; <u>Kamrava v. Chertoff</u>, No. 07-3946 BZ; <u>Sedigh v. Chertoff</u>, No. 07-5468
2  CW.

3        As explained by the Ninth Circuit, "pro hac vice refers to an attorney who is admitted
4  temporarily to practice in a jurisdiction for the purpose of participating in a particular case." <u>Gallo</u>
5  <u>v. United States Dist. Court for D. Ariz.</u>, 349 F.3d 1169, 1173 n.1 (9th Cir. 2003) (citing Blacks'
6  Law Dictionary 1227 (7th ed. 1999)). As demonstrated above, Mr. Griffiths has requested
7  admission on a number of cases. His repeated pro hac vice applications frustrate both the local rule
8  and the California Business & Professions Code. <u>See</u> Civ. L. R. 11-3(b); Cal. Bus. & Prof. Code
9  § 6125. Defendants respectfully request the Court to deny Mr. Griffiths' application.

10 Dated: October 30, 2007                  Respectfully submitted,

11                                     SCOTT N. SCHOOLS
                                      United States Attorney

13                                         /s/            
                                    MELANIE L. PROCTOR
14                                     Assistant U.S. Attorney
                                    Attorneys for Defendants