**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME LOPEZ PAEZ,

          Plaintiff,

  v.

MICHAEL CHERTOFF,

          Defendant.
_____/

No. C07-05240 MJJ

**ORDER RE: MOTION FOR ADMISSION
OF ATTORNEY PRO HAC VICE FOR
JEFFREY GRIFFITHS**

     The Court has received an application for attorney admission pro hac vice by Jeffrey Griffiths, Esquite.  (Docket No. 3.)  Defendants oppose the application.

     Mr. Griffiths lists as his business address: Ganjoo Law Office, 870 Market Street, #340, San Francisco, CA 94102.  Local Rule 11-3(b) provides that an attorney who resides in the State of California is disqualified from admission pro hac vice except under enumerated circumstances.  Moreover, it appears from a review of the Court's files that, in the past nine months, Mr. Griffiths has applied for pro hac vice admission in at least seven other cases in the Northern District, and at least two judges in those cases have denied Mr. Griffiths' application.  Local Rule 11-3(b) provides that an attorney that is regularly engaged in the practice of law in the State of California is disqualified from admission pro hac vice except under enumerated circumstances.

     Accordingly, the Court hereby **ORDERS** that Mr. Griffiths, **no later than Friday, November 9, 2007**, submit a declaration stating facts that would demonstrate why he is qualified for admission pro hac vice under the requirements of Local Rule 11-3(b).  The declaration shall also identify all matters in which Mr. Griffiths has applied for admission pro hac vice in any federal or state court in California in the past year.

**IT IS SO ORDERED.**

Dated: November 5, 2007

                           _____
                           MARTIN J. JENKINS
                           UNITED STATES DISTRICT JUDGE