# GANJOO LAW OFFICE
*Immigration & Nationality Law*

| | |
|---|---|
| 870 Market Street, Suite 340 | 111 W. St. John Street, Suite 513 |
| San Francisco, California 94102 | San Jose, California 95113 |
| Phone: (415) 495-3710 | Phone: (408) 975-0500 |
| Fax: (415) 495-3714 | Fax: (408) 975-0501 |

United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

November 8, 2007

        Re:    Pro Hac Vice Application Declaration for:
                  Jaime Lopez PAEZ    C07-5240 MJJ
                  (CIS #A38-842-452)

DECLARATION BY COUNSEL FOR PLAINTIFF

Counsel for Plaintiff submits this declaration in support of his application for admission *Pro Hac Vice* and pursuant to U.S. District Judge Martin J. Jenkins, ordered on November 5, 2007:

1. This declaration was ordered to be submitted no later than Friday, November 9, 2007;

2. Counsel's mailing address for correspondence is either at 870 Market Street, Suite #340, San Francisco, CA 94102 OR 111 West Saint John Street, Suite #513, San Jose, CA 95113;

3. Counsel resides within the state of California;

4. Counsel is an active member in good standing of the bar of the Indiana Supreme Court and stipulated to this in his application pursuant to Local Rule 11-3(a)(1);

5. Counsel agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and to become familiar with the Local Rules and ADR Programs of this court to the best of his ability and stipulated to this in his application pursuant to Local Rule 11-3(a)(2);

1

6. Counsel identified Catherine Wiehe, Esq. as co-counsel who is an attorney who maintains an office within the state of California and is a member of the bar of the California Supreme Court and stipulated to this in his application pursuant to Local Rule 11-3(a)(3);

7. Counsel does not keep an exact count of complaints filed in this court. However, at best guess, the number is approximately ten (10).

8. Counsel's primary practice is immigration law and regularly practices and makes court appearances in immigration court deportation proceedings within the state of California;

9. Counsel has never sought admission *pro hac vice* in a California state court;

10. Counsel has only made approximately ten (10) admissions *pro hac vice* in one California federal court within the past year, namely United States District Court, Northern District of California;

11. Prior successful admissions *pro hac vice* before this Court have been granted and approved pursuant to Local Rule 11-3(a) and Local Rule 11-3(c) where the assigned judge shall have discretion to accept or reject the application;

12. If Counsel's application shall be denied for any reason whatsoever, co-counsel, CATHERINE WIEHE, ESQ. shall become lead counsel and will accept future correspondence regarding this case at 870 Market Street, Suite #340, San Francisco, CA 94102;

13. Counsel continues to respectfully seek admission at the discretion of this court and U.S. District Judge Jenkins;

14. Counsel has paid the required application fee of $210.00;

I declare under penalty of perjury that the foregoing is true and correct.

Very truly yours,


　　/s/
_____
JEFF GRIFFITHS, ESQ.