1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME LOPEZ PAEZ, | ) |
|         Plaintiff, | ) No. C 07-5240 MJJ |
| v. | ) **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary, | ) **[PROPOSED] ORDER** |
| Homeland Security; | ) |
| EMILIO GONZALES, USCIS Director; | ) |
| DAVID STILL, District Director, DHS, | ) |
|         Defendants. | ) |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to approve the Plaintiff's application for naturalization within 30 days of the dismissal of this action, provided the Plaintiff has not and does not commit a disqualifying act in the interim. The parties agree that the Court will have jurisdiction to enforce this order if necessary.

///

///

///

Stipulation to Dismiss
C07-5240 MJJ                                                       1

1 | Each of the parties shall bear their own costs and fees.

Dated: December 19, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                              /s/
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney
                                            Attorney for Defendants


Dated: December 17, 2007                              /s/
                                            CATHERINE WIEHE
                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:
                                            MARTIN J. JENKINS
                                            United States District Judge

Stipulation to Dismiss
C07-5240 MJJ                                2