1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  JAIME LOPEZ PAEZ,              )
                                   ) No. C 07-5240 MJJ
13          Plaintiff,              )
                                   )
14      v.                         ) **STIPULATION TO DISMISS; AND**
                                   ) **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary,   )
    Homeland Security;             )
16  EMILIO GONZALES, USCIS Director; )
    DAVID STILL, District Director, DHS, )
17                                 )
            Defendants.             )
18  _____)

19      Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys

20  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21  action without prejudice in light of the fact that the United States Citizenship and Immigration

22  Services has agreed to approve the Plaintiff's application for naturalization within 30 days of the

23  dismissal of this action, provided the Plaintiff has not and does not commit a disqualifying act in

24  the interim.  The parties agree that the Court will have jurisdiction to enforce this order if

25  necessary.

26  ///

27  ///

28  ///

Stipulation to Dismiss
C07-5240 MJJ                          1

Each of the parties shall bear their own costs and fees.

Dated: December 19, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                    /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants


Dated: December 17, 2007                    /s/
CATHERINE WIEHE
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/21/07

IT IS SO ORDERED
Martin J. Jenkins
Judge Martin J. Jenkins
United States District Judge

Stipulation to Dismiss
C07-5240 MJJ                                    2